# EXHIBIT B



Page 1

By Federal Express

February 16, 2007

Robert L. Bailey
Chairman, President and CEO
PMC – Sierra, Inc.
3975 Freedom Circle
Santa Clara, CA 95054

Dear Mr. Bailey:

    Patent Solutions represents Lonestar Inventions, L.P. ("Lonestar") in certain patent licensing matters. We have studied, analyzed and compared Lonestar's U.S. patent to PMC-Sierra's products. The results of this research indicate PMC-Sierra's products infringe the following Lonestar patent:

| U.S. PATENT | CLAIMS | NAME | INVENTOR |
|---|---|---|---|
| 5,208,725 | 1,2,5,6,9 and 12 | High Capacitance Structure in a Semiconductor Device | Osman E. Akcasu |

    Specifically, our research reveals that PMC-Sierra has infringed and is infringing the '725 patent by making, having made, using or selling the high-capacitance capacitors covered by the '725 patent. While Lonestar does not know the full extent of PMC-Sierra's infringement, Lonestar is aware that PMC-Sierra has sold and offered for sale integrated circuits that infringe the '725 patent. For example, as demonstrated by the enclosed claim chart, the OctalPHY Transceiver PM8351 chip infringes at least claims 1, 2, 5, 6, 9 and 12 of the '725 patent.



Page 2

      This patent has been successfully licensed to several semiconductor companies and we believe that PMC-Sierra needs a license to this very important patent owned by Lonestar. Patent Solutions continues to study PMC-Sierra's products for further possible use of Lonestar's patented technology. Accordingly, additional use of Lonestar's patented technology in PMC-Sierra's products may be found.

      Patent Solutions has developed documentation to provide PMC-Sierra necessary information concerning the use of the technology described in this patent. A copy of the documentation, a copy of the '725 patent and a copy of the '725 prosecution history are contained in the accompanying CD. I will contact your office soon to arrange a meeting for Patent Solutions to present its material to PMC-Sierra. If PMC-Sierra prefers that Patent Solutions conduct license negotiations with PMC-Sierra's corporate patent licensing group, I would appreciate it if you would inform me of the appropriate contact

      Lonestar sincerely wishes to amicably negotiate a patent license agreement with PMC-Sierra that will be fair to both parties. PMC-Sierra should continue to derive long-term business benefits from the continued use of Lonestar's patented technology.

Very truly yours,

*[signature]*

Gerald S. Amen

Cc:   Gregory M. Howison – Patent Solutions (Dallas)
       Jerry Tallinger – Lonestar Inventions, L.P.