**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LONESTAR INVENTIONS, LP, § § § Plaintiff § § v. § Case No.: 6:10-cv-26 § ATHEROS COMMUNICATIONS, INC. § and PMC-SIERRA, INC. § § **JURY TRIAL DEMANDED** § Defendants § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lonestar Inventions, LP discloses that its parent company is OEA International, Inc. and that no publicly held company owns ten percent or more of its stock.

Respectfully submitted,

Date: February 18, 2010         /s/ Matthew J.M. Prebeg
                                Matthew J.M. Prebeg
                                  Texas Bar No. 00791465
                                Edward W. Goldstein
                                  Texas Bar No. 08099500
                                Holly H. Barnes
                                  Texas Bar No. 24045451
                                GOLDSTEIN, FAUCETT & PREBEG, LLP
                                1177 West Loop South, Suite 400
                                Houston, TX  77027
                                Tel:     713-877-1515
                                Fax:    713-877-1737
                                Email:  egoldstein@gfpiplaw.com
                                         mprebeg@gfpiplaw.com
                                         hbarnes@gfpiplaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 18, 2010. Any other counsel of record will be served by first class U.S. mail.

/s/ Matthew J.M. Prebeg
Matthew J.M. Prebeg